IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:25CR60-1 |
| TRISTAN MARCEL MARTIN, JR. | : | |

The Grand Jury charges:

On or about October 12, 2024, in the County of Guilford, in the Middle District of North Carolina, TRISTAN MARCEL MARTIN, JR., knowingly did possess in and affecting commerce a firearm, that is, a Taurus 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: February 24, 2025

RANDALL S. GALYON
Acting United States Attorney

*/s/ K. P. Kennedy Gates*
BY: K. P. KENNEDY GATES
Assistant United States Attorney

A TRUE BILL:

FOREPERSON